

COM.

v.

GADD, C.

49 WDA 2016

Superior Court of Pennsylvania.

04/25/2017

CP–63–CR–0001678–2014
(Washington)

Affirmed

COM.

v.

HELZEL, A.

1303 WDA 2016

Superior Court of Pennsylvania.

04/25/2017

CP–12–CR–0000032–2013
(Cameron)

Affirmed—Application to Withdraw as Counsel Granted

P. and M.L.

v.

S.K. and R.L.

1315 WDA 2016

Superior Court of Pennsylvania.

04/25/2017

FD14–005406–004
(Allegheny)

Affirmed

J.R.

v.

D.D.D.A.

Appeal of: D.D.D.A.

1729 WDA 2016

Superior Court of Pennsylvania.

04/25/2017

A.D. No. 785 of 2015
(Greene)

Vacated/Remanded

